Núm. 8377.—Pueblo, Etc., apldo. *v.* Alonso Sobrino Hnos. & Cía., S. en C., aplte.—C. D. San Juan. Marzo 6, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, en este caso las partes han presentado una estipulación solicitando se tenga por sometido dicho caso y se resuelva en la

misma forma y por los mismos fundamentos que se resolvió el de El Pueblo de Puerto Rico v. Luis Rivera, número 8417 de este Tribunal (59 D.P.R. 976);

Por cuanto, el caso arriba expresado envuelve exactamente las mismas cuestiones planteadas y resueltas en el caso de El Pueblo de Puerto Rico v. Luis Rivera, supra;

Por tanto, se aprueba la citada estipulación y en su consecuencia se desestima el recurso y se confirma la resolución apelada que dictó la corte inferior el día 10 de abril de 1941.